IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

Julie A. Su

　　　　　Plaintiff(s),

v.

Case No. 3:23-cv-513

UMR, Inc.

　　　　　Defendant(s).

MOTION TO APPEAR *PRO HAC VICE*

Andrew G.I. Kilberg　of　Gibson, Dunn & Crutcher LLP
　　　Attorney　　　　　　　　　Firm

respectfully requests that this Court grant admission *pro hac vice* in the above matter. I certify that I am an attorney in good standing licensed to practice in  District of Columbia
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Jurisdiction

Dated this  26  day of  September,  2023

s/ Andrew G.I. Kilberg

Name      Andrew G.I. Kilberg

Firm       Gibson, Dunn & Crutcher LLP

Address   1050 Connecticut Avenue, N.W.


City       Washington       State  DC   Zip Code 20036-5306

E-Mail    akilberg@gibsondunn.com

Phone        +1 (202) 887-3759