UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| JULIE A. SU,<br>Acting Secretary of Labor,<br>United States Department of Labor,<br><br>      Plaintiff,<br><br>v.<br><br>UMR, INC.,<br><br>      Defendant. | CIVIL ACTION NO. 23-CV-00513<br><br>District Judge William M. Conley<br><br>Magistrate Judge Stephen L. Crocker |

**NOTICE OF APPEARANCE AND SUBSTITUTION OF COUNSEL
FOR THE ACTING SECRETARY OF LABOR**

The following attorney hereby enters her appearance as an attorney on behalf of Plaintiff Julie A. Su, Acting Secretary of Labor, U.S. Department of Labor, in the above-captioned matter, in addition to attorney of record Lydia J. Faklis:

> Elisabeth Nolte
> Senior Trial Attorney
> United States Department of Labor
> Office of the Solicitor
> 230 South Dearborn St., Room 884
> Chicago, Illinois, 60604
> Nolte.Elisabeth.P@dol.gov

Please remove Kevin Wilemon as an attorney of record for the Acting Secretary and substitute Elisabeth Nolte.


Respectfully submitted,

                                  SEEMA NANDA
                                  Solicitor of Labor

                                  CHRISTINE Z. HERI
                                  Regional Solicitor

U.S. Department of Labor                          **ELISABETH NOLTE**

Office of the Solicitor  
230 S. Dearborn St., 8th Fl.  
Chicago, Illinois, 60604  
Telephone No.: 312-353-7837  
Facsimile: 312-353-5698  
Email: nolte.elisabeth.p@dol.gov

Senior Trial Attorney

Attorney for Plaintiff

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing *Notice of Appearance and Substitution of Counsel for the Acting Secretary of Labor* was sent to below listed individual on November 21, 2023, via electronic mail:

> GEOFFREY M. SIGLER (admitted *pro hac vice*)
> MATTHEW S. ROZEN (admitted *pro hac vice*)
> ANDREW G.I. KILBERG (admitted *pro hac vice*)
> Gibson, Dunn & Crutcher LLP
> 1050 Connecticut Ave. NW
> Washington, DC 20036
> Tel: (202) 955-8500
> gsigler@gibsondunn.com
> mrozen@gibsondunn.com
> akilberg@gibsondunn.com
>
> KEVIN ST. JOHN
> Bell Giftos St. John LLC
> 5325 Wall Street, Suite 2200
> Madison, WI 53718
> Tel: (608) 216-7990
> kstjohn@bellgiftos.com

> */s/Elisabeth Nolte*
> ELISABETH NOLTE
>
> Attorney for Plaintiff
> Julie A. Su, Acting
> Secretary of Labor,
> U.S. Department of Labor