UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| JULIE A. SU,<br>Acting Secretary of Labor,<br>United States Department of Labor,<br><br>    Plaintiff,<br><br>v.<br><br>UMR, INC.,<br><br>    Defendant. | **CIVIL ACTION NO. 3:23-CV-00513**<br><br>District Judge William M. Conley<br><br>Magistrate Judge Anita M. Boor |

**JOINT MOTION TO COORDINATE MOTIONS SEQUENCE AND
BRIEFING SCHEDULE FOR DISCOVERY MOTIONS**

Plaintiff Julie A. Su, Acting Secretary of Labor, U.S. Department of Labor (the "Acting Secretary") and Defendant UMR, Inc. ("UMR") hereby move to coordinate the briefing schedule on their pending and forthcoming motions regarding their discovery disputes. The parties jointly state that the following constitutes good cause for this Court to approve the stipulated schedule set forth below:

1. The parties are presently engaging in discovery. The parties disagree regarding the proper scope of discovery and the applicability of certain privileges asserted by the Acting Secretary. The parties have met and conferred but have been unable to resolve their dispute.

2. The parties have agreed to coordinate a motions sequence and briefing schedule that will advance this dispute towards a resolution from this Court in a manner that reduces duplicative briefing and is mutually amenable to the parties' schedules (including a mediation regarding this case on September 25-26).

3. The parties have therefore agreed to the following motions sequence and briefing schedule:

    a. Acting Secretary's Motion for a Protective Order: September 11, 2024.[1]

    b. UMR's Opposition to Acting Secretary's Motion and Cross-Motion to Compel: October 2, 2024.

    c. Acting Secretary's Opposition to UMR's Motion to Compel: October 16, 2024.

Accordingly, for good cause shown, the parties respectfully request the Court approve this joint stipulation and enter the motions sequence and briefing schedule set forth above.

[*signatures on following page*]

---

[1] With UMR's agreement, the Acting Secretary filed her Motion for a Protective Order on September 11, 2024, after the parties agreed to the motions sequence and briefing schedule set forth herein, on the understanding that the parties would soon enter this joint stipulation.

Dated: September 12, 2024

| | |
|---|---|
| *For Defendant:* | *For the Acting Secretary:* |
| /s/ Geoffrey Sigler | **SEEMA NANDA** |
| **GEOFFREY M. SIGLER** (*pro hac vice*) | Solicitor of Labor |
| **MATTHEW S. ROZEN** (*pro hac vice*) | |
| **ANDREW G.I. KILBERG** (*pro hac vice*) | **CHRISTINE Z. HERI** |
| Gibson, Dunn, Crutcher LLP | Regional Solicitor |
| 1050 Connecticut Ave. NW | |
| Washington, DC 20036 | **JEFFERY S. ROGOFF** |
| Tel: 202-955-8500 | Regional Solicitor |
| gsigler@gibsondunn.com | |
| mrozen@gibsondunn.com | /s/ Rosemary Almonte |
| akilberg@gibsondunn.com | **LYDIA J. FAKLIS** |
| | Office of the Solicitor |
| **KEVIN ST. JOHN** | U.S. Department of Labor |
| Bell Giftos St. John LLC | 230 S. Dearborn St., Ste. 844 |
| 5325 Wall Street, Ste. 2200 | Chicago, IL 60604 |
| Madison, WI 53718 | Tel: 312-353-7837 |
| Tel: 608-216-7990 | faklis.lydia.j@dol.gov |
| kstjohn@bellgiftos.com | |
| | **ROSEMARY ALMONTE** |
| | Office of the Solicitor |
| | U.S. Department of Labor |
| | 201 Varick St., Ste. 983 |
| | New York, NY 10014 |
| | Tel: 646-264-3668 |
| | almonte.rosemary@dol.gov |