UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| JULIE A. SU,<br>Acting Secretary of Labor,<br>United States Department of Labor,<br><br>    Plaintiff,<br><br>    v.<br><br>UMR, INC.,<br><br>    Defendant. | CIVIL ACTION NO. 3:23-CV-00513<br><br> District Judge William M. Conley<br><br> Magistrate Judge Anita M. Boor |

## PARTIES' JOINT NOTICE OF AGREEMENT IN PRINCIPLE TO SETTLE CASE AND MOTION TO VACATE DEADLINES

Plaintiff Julie A. Su, Acting Secretary of Labor, U.S. Department of Labor (the "Acting Secretary") and Defendant UMR, Inc. ("UMR") hereby notify the Court that the parties have reached an agreement in principle to settle this case. The parties respectfully request that the Court vacate all currently pending deadlines (*see* Dkts. 27 and 40), and request the Court's permission to file a proposed Consent Judgment by December 5, 2024.

*[signatures on next page]*

Dated: October 18, 2024

| | |
|---|---|
| *For Defendant:* | *For the Acting Secretary:* |

/s/ Geoffrey M. Sigler
**GEOFFREY M. SIGLER** (*pro hac vice*)
**MATTHEW S. ROZEN** (*pro hac vice*)
**ANDREW G.I. KILBERG** (*pro hac vice*)
Gibson, Dunn, Crutcher LLP
1050 Connecticut Ave. NW
Washington, DC 20036
Tel: 202-955-8500
gsigler@gibsondunn.com
mrozen@gibsondunn.com
akilberg@gibsondunn.com

**KEVIN ST. JOHN**
Bell Giftos St. John LLC
5325 Wall Street, Ste. 2200
Madison, WI 53718
Tel: 608-216-7990
kstjohn@bellgiftos.com

**SEEMA NANDA**
Solicitor of Labor

**CHRISTINE Z. HERI**
Regional Solicitor

**JEFFERY S. ROGOFF**
Regional Solicitor

/s/ Lydia Faklis
**LYDIA J. FAKLIS**
Office of the Solicitor
U.S. Department of Labor
230 S. Dearborn St., Ste. 844
Chicago, IL 60604
Tel: 312-353-7837
nolte.elisabeth.p@dol.gov
faklis.lydia.j@dol.gov

**ROSEMARY ALMONTE**
Office of the Solicitor
U.S. Department of Labor
201 Varick St., Ste. 983
New York, NY 10014
Tel: 646-264-3668
almonte.rosemary@dol.gov