## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| JULIE A. SU,<br>Acting Secretary of Labor,<br>United States Department of Labor,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>UMR, INC.,<br><br>　　　　Defendant. | **CIVIL ACTION NO. 3:23-CV-00513**<br><br>District Judge William M. Conley<br><br>Magistrate Judge Anita M. Boor |

### PARTIES' JOINT NOTICE REGARDING AGREEMENT IN PRINCIPLE TO SETTLE CASE AND INTENT TO FILE PROPOSED CONSENT JUDGMENT

On October 18, 2024, Plaintiff Julie A. Su, Acting Secretary of Labor, U.S. Department of Labor (the "Acting Secretary") and Defendant UMR, Inc. ("UMR") notified the Court that the parties had reached an agreement in principle to settle this case, and planned to file a proposed Consent Judgment by December 5, 2024. Since filing that notice, the parties have been working diligently on drafting the proposed Consent Judgment, but need additional time to finalize the document. The parties anticipate finishing and filing the proposed Consent Judgment by January 10, 2025.

*[signatures on next page]*

Dated: December 4, 2024

| | |
|---|---|
| *For Defendant:* | *For the Acting Secretary:* |
| /s/ *Kevin St. John* | **SEEMA NANDA** |
| **GEOFFREY M. SIGLER** (*pro hac vice*) | Solicitor of Labor |
| **MATTHEW S. ROZEN** (*pro hac vice*) | |
| **ANDREW G.I. KILBERG** (*pro hac vice*) | **CHRISTINE Z. HERI** |
| Gibson, Dunn, Crutcher LLP | Regional Solicitor |
| 1700 M Street N.W. | |
| Washington, DC 20036 | **JEFFERY S. ROGOFF** |
| Tel: 202-955-8500 | Regional Solicitor |
| gsigler@gibsondunn.com | |
| mrozen@gibsondunn.com | /s/ *Lydia J. Faklis* |
| akilberg@gibsondunn.com | **LYDIA J. FAKLIS** |
| | Office of the Solicitor |
| **KEVIN ST. JOHN** | U.S. Department of Labor |
| Bell Giftos St. John LLC | 230 S. Dearborn St., Ste. 844 |
| 5325 Wall Street, Ste. 2200 | Chicago, IL 60604 |
| Madison, WI 53718 | Tel: 312-353-7837 |
| Tel: 608-216-7990 | faklis.lydia.j@dol.gov |
| kstjohn@bellgiftos.com | |
| | **ROSEMARY ALMONTE** |
| | Office of the Solicitor |
| | U.S. Department of Labor |
| | 201 Varick St., Ste. 983 |
| | New York, NY 10014 |
| | Tel: 646-264-3668 |
| | almonte.rosemary@dol.gov |