## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WISCONSIN

| | | |
|---|---|---|
| **VINCENT N. MICONE, III,**[1] | ) | |
| Acting Secretary of Labor, | ) | |
| United States Department of Labor, | ) | **CIVIL ACTION NO. 23-CV-00513** |
| | ) | |
| Plaintiff, | ) | |
| | ) | District Judge William M. Conley |
| v. | ) | |
| | ) | |
| **UMR, INC.,** | ) | Magistrate Judge Anita M. Boor |
| | ) | |
| Defendant. | ) | |

### PARTIES' JOINT NOTICE REGARDING AGREEMENT IN PRINCIPLE TO SETTLE CASE AND INTENT TO FILE PROPOSED CONSENT JUDGMENT

On October 18, 2024, Plaintiff Vincent N. Micone, III, Acting Secretary of Labor, U.S. Department of Labor (the "Acting Secretary") and Defendant UMR, Inc. ("UMR") notified the Court that the parties had reached an agreement in principle to settle this case. Since filing that notice, the parties have worked diligently on finalizing the proposed Consent Order and Judgment.

On January 13, 2025, Magistrate Judge Boor ordered the parties to submit their proposed Consent Order and Judgment by January 27, 2025, "or otherwise update the court with the status of their negotiations." Dkt. 45. The parties have made substantial progress but need additional time to resolve some of the settlement terms. The parties will continue to work through the remaining issues and anticipate filing the proposed Consent Judgment and Order before the February 4, 2025 status conference with Magistrate Judge Boor.

---

[1] By operation of law, Vincent N. Micone, III is substituted *sub nom.* for former Acting Secretary of Labor Julie A. Su. *See* Fed. R. Civ. P. 25(d).

Dated: January 27, 2025

*For Defendant:*

/s/*Geoffrey M. Sigler*
**GEOFFREY M. SIGLER** (*pro hac vice*)
**MATTHEW S. ROZEN** (*pro hac vice*)
**ANDREW G.I. KILBERG** (*pro hac vice*)
Gibson, Dunn, Crutcher LLP
1700 M Street N.W.
Washington, DC 20036
Tel: 202-955-8500
gsigler@gibsondunn.com
mrozen@gibsondunn.com
akilberg@gibsondunn.com

**KEVIN ST. JOHN**
Bell Giftos St. John LLC
5325 Wall Street, Ste. 2200
Madison, WI 53718
Tel: 608-216-7990
kstjohn@bellgiftos.com

*For the Acting Secretary:*

**EMILY H. SU**
Deputy Solicitor of National Operations,
performing duties of the Solicitor of Labor

**CHRISTINE Z. HERI**
Regional Solicitor

**JEFFERY S. ROGOFF**
Regional Solicitor

/s/*Lydia J. Faklis*
**LYDIA J. FAKLIS**
Office of the Solicitor
U.S. Department of Labor
230 S. Dearborn St., Ste. 844
Chicago, IL 60604
Tel: 312-353-6992
faklis.lydia.j@dol.gov

**ROSEMARY ALMONTE**
Office of the Solicitor
U.S. Department of Labor
201 Varick St., Ste. 983
New York, NY 10014
Tel: 646-264-3668
almonte.rosemary@dol.gov