**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WISCONSIN**

| | | |
|---|---|---|
| **VINCENT N. MICONE, III**,[1]<br>Acting Secretary of Labor,<br>United States Department of Labor,<br><br>Plaintiff,<br><br>v.<br><br>**UMR, INC.**,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | **CIVIL ACTION NO. 23-CV-00513**<br><br>District Judge William M. Conley<br><br>Magistrate Judge Anita M. Boor |

**ACTING SECRETARY OF LABOR'S UNOPPOSED**
**MOTION TO APPROVE THE CONSENT ORDER AND JUDGMENT**

Plaintiff Acting Secretary of Labor, United States Department of Labor ("Acting Secretary" or "Plaintiff"), by counsel, pursuant to Federal Rule of Civil Procedure 54, respectfully requests this Court enter the proposed Consent Order and Judgment. In support of the *Acting Secretary's Unopposed Motion to Approve Consent Order and Judgment*, the Acting Secretary states as follows:

1. On July 31, 2023, the Acting Secretary filed a Complaint against UMR alleging violations of the Employee Retirement Income Security Act of 1974 ("ERISA"), as amended, 29 U.S.C. § 1001 *et seq.*, related to UMR's processing of emergency room ("ER") claims under the "True ER Policy" and urinary drug screening ("UDS") claims under the "UDS Protocol."

2. The proposed Consent Order and Judgment provides that UMR will pay or cause to be paid at least $20,250,000 to resolve the Acting Secretary's claims in the Complaint.

3. The proposed Consent Order and Judgment provides monetary relief for affected participants and beneficiaries with a Covered UDS Claim, including a Baseline UDS Payment of

---

[1] By operation of law, Vincent N. Micone, III is substituted *sub nom.* for former Acting Secretary of Labor Julie A. Su. *See* Fed. R. Civ. P. 25(d).

$68.85, with the opportunity for participants and beneficiaries to submit additional documentation to request an Additional UDS Payment of up to $103.27 per Covered UDS Claim.

4. The proposed Consent Order and Judgment provides monetary relief for affected participants and beneficiaries with a Covered ER Claim. UMR will reprocess Covered ER Claims for participants and beneficiaries of ERISA covered plans with active contractual relationships with UMR. For participants and beneficiaries of ERISA covered plans without active contractual relationships, UMR will send out notices to participants explaining the opportunity to submit documentation to request a Proven ER Payment up to $353.22 per Covered ER Claim.

5. Additionally, the Consent Order and Judgment provides that UMR no longer uses the "UDS Protocol" or the "True ER Policy" unless or until a change in the relevant law or regulations permits use of that protocol.

6. The proposed Consent Order and Judgment represents a full, final, and complete resolution of all the claims in the Acting Secretary's Complaint against UMR, including related ERISA § 502(*l*) penalties.

7. Defendant UMR and the Acting Secretary, both represented by counsel, all signed the proposed Consent Order and Judgment.

8. Counsel for Plaintiff and Defendant have conferred. UMR agrees that the Court should enter the Consent Order and Judgment, and therefore does not oppose the Acting Secretary's motion. However, Defendant UMR's non-opposition to the motion should not be construed as agreement with all statements in the Acting Secretary's supporting brief, including statements regarding the scope of the Acting Secretary's authority.

**WHEREFORE**, for all the reasons set forth herein and in the accompanying *Memorandum in Support of the Acting Secretary's Unopposed Motion to Approve Consent Order and Judgment*, the Acting Secretary respectfully requests this Court enter and approve the Consent Order and Judgment.

Respectfully submitted,

**EMILY H. SU**
Deputy Solicitor of National Operations, performing duties of the Solicitor of Labor

**CHRISTINE Z. HERI**
Regional Solicitor

**JEFFERY S. ROGOFF**
Regional Solicitor

*/s/Lydia J. Faklis*

**LYDIA J. FAKLIS**
Office of the Solicitor
U.S. Department of Labor
230 S. Dearborn St., Ste. 844
Chicago, IL 60604
Tel: 312-353-7837
faklis.lydia.j@dol.gov

**ROSEMARY ALMONTE**
Office of the Solicitor
U.S. Department of Labor
201 Varick St., Ste. 983
New York, NY 10014
Tel: 646-264-3668
almonte.rosemary@dol.gov

Attorneys for **VINCENT N. MICONE, III**, Acting Secretary of Labor,
United States Department of Labor